UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERMAINE C. ATKINS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:06-CV-1549 HEA |
| JAMES PURKETT, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court upon the application of Jermaine C. Atkins for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**. *See* 28 U.S.C. § 1915.

Dated this 25th day of October, 2006.

_____
**UNITED STATES DISTRICT JUDGE**