UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERMAINE C. ATKINS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 4:06CV1549 HEA |
| STEVE LARKINS, | ) ) |
| Respondent, | ) ) |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of Jermaine C. Atkins for Writ of Habeas Corpus is dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court will not issue a Certificate of Appealability.

Dated this 19th day of February, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE